**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

# INITIAL APPEARANCE – REMOVAL (via video conference)

|  |  |
|---|---|
| United States of America, | **COURT MINUTES - CRIMINAL**<br>BEFORE: TONY N. LEUNG<br>U.S. MAGISTRATE JUDGE |
| Plaintiff, | |
| v. | Case No: 20-mj-287 TNL |
| | Date: April 29, 2020 |
| Nicholas Daniel Bylotas, | Courthouse: Minneapolis |
| | Courtroom: 9E |
| Defendant. | Time Commenced: 1:16 p.m. |
| | Time Concluded: 1:44 p.m. |
| | Time in Court: 28 minutes |

APPEARANCES:

    Plaintiff: Chelsea Walcker, Assistant U.S. Attorney
    Defendant: Lisa Lopez
        X FPD   X To be appointed

    X  Advised of Rights

on   X Complaint
X Date charges or violation filed: April 28, 2020
X Current Offense: Threats against president
X **Charges from other District:** District of Oregon
X Title and Code of underlying offense from other District:   18:871
X Case no: n/a

X Government moves for detention.
Motion is X granted, temporary detention ordered.

Next appearance date is Friday, May 1, 2020, at 2:00 p.m. via video before U.S. Magistrate Judge Tony N. Leung CR 9E Mpls for:
X  Detention hrg

X  Removal hearing waived

Additional Information:

X Defendant consented to hearing via video

                                                                           s/Amy Halverson
                                                             Signature of Courtroom Deputy